UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

ROBERT KEARNEY

    Plaintiff

vs.

NEW CENTURY TRANSPORTATION, INC.

    Defendant

Civil No.   14-cv-03691 (JHR-AMD)

**ORDER OF DISMISSAL**

-----------------------------------------------------

It appearing to the Court that the above case has been pending for more than 120 days without any proceeding having been taken therein, and no objection having been entered at a call of the calendar,

**IT IS on this  13TH  day of  JANUARY,  2015**

**ORDERED** that the above case be and the same hereby  is  dismissed in accordance with General Rule 41.1(a) and/or Rule 4(m), F.R.C.P., without prejudice and without cost to either party.

    s / *Joseph H. Rodriguez*
    **UNITED STATES DISTRICT JUDGE**

cc:    Hon. Joseph H. Rodriguez
        Hon. Ann Marie Donio